# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTOPHER OTIS,**  **PLAINTIFF**

v.  Case No. 4:22-cv-00437-KGB

**CLARK, Sergeant, Pulaski County
Detention Center**, *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). Plaintiff Christopher Otis has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id*.). The Court dismisses without prejudice Mr. Otis's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1).

It is so ordered this 18th day of July, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge