**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER OTIS,**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00437-KGB**

**CLARK, Sergeant, Pulaski County
Detention Center, *et al.***                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Christopher Otis's complaint is dismissed without prejudice (Dkt. No. 1).    The relief sought is denied.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 18th day of July, 2022.

Kristine G. Baker
United States District Judge